IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICIA YOST,                                              04-CV-1517-HU

        Plaintiff,                                    ORDER

v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

        Defendant.


**ROY LINERUD**
P.O. Box 1105
Salem, OR  97308
(503) 587-8776

       Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1024

1  -  ORDER

**MICHAEL MCGAUGHRAN**
Office of the General Counsel
**THOMAS M. ELSBERRY**
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA  98104-7075
(206) 615-2112

      Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#15) on March 22, 2006, in which he recommended this Court affirm the Commissioner's decision and dismiss this matter.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#15).  Accordingly, the Court **AFFIRMS** the

Commissioner's decision and **DISMISSES** this matter.

    IT IS SO ORDERED.

    DATED this 28th day of April, 2006.

                                          /s/ Anna J. Brown

                                        ANNA J. BROWN
                                        United States District Judge